UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                           :

UNITED STATES OF AMERICA,                 :

             Plaintiff,           :     **CLERK'S CERTIFICATE OF DEFAULT**

          v.            :

DEUTSCHE BANK, A.G.; DB U.S. FINANCIAL  :    ECF CASE
MARKETS HOLDING CORP.; DEUTSCHE       :
BANK SECURITIES, INC.; BMY ACQUISITION :    14 Civ. 9669 (LAK)
CORP.; BMY ACQUISITION LLC; BMY         :
STATUTORY TRUST; and FIRST UNION       :
NATIONAL BANK, n/k/a WELLS FARGO BANK :
N.A., as trustee of BMY STATUTORY TRUST, :

           Defendants.        :

------------------------------------------------------------x

        I, Ruby J. Krajick, Clerk of the United States District for the Southern District of New York, do hereby certify that the docket entries in the above-captioned case show that the complaint was filed on December 8, 2014; that defendant BMY Acquisition Corp. was served with the summons and complaint by service on its registered agent listed on a website maintained by the Secretary of State of the State of Delaware on January 23, 2015, by service on its registered office designated in the files of the Delaware Secretary of State on January 23, 2015, and by service on the Delaware Secretary of State on February 6, 2015; and that the summons and affidavits of service were filed with the Clerk of the Court on April 1, 2015.

        I further certify that the docket entries show that defendant BMY Acquisition Corp. has not filed an answer or otherwise responded to the complaint, and that the time for

BMY Acquisition Corp. to do so has expired.   The default of defendant BMY Acquisition Corp. is hereby noted.

Dated: New York, New York
        April __, 2015

_____
                                CLERK