

Kaplan, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/15

RECEIVE

APR 0 1 2015

JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                              :
UNITED STATES OF AMERICA,                     :
                                              :
            Plaintiff,                        :
                                              :
    v.                                        :
                                              :
DEUTSCHE BANK, A.G.; DB U.S. FINANCIAL        :     **NOTICE OF DISMISSAL OF**
MARKETS HOLDING CORP.; DEUTSCHE               :     **CERTAIN CLAIMS PURSUANT**
BANK SECURITIES, INC.; BMY ACQUISITION        :     **TO RULE 41(a)(1)(A)(i)**
CORP.; BMY ACQUISITION LLC; BMY               :
STATUTORY TRUST; and FIRST UNION              :     ECF CASE
NATIONAL BANK, n/k/a WELLS FARGO BANK         :
N.A., as trustee of BMY STATUTORY TRUST,      :     14 Civ. 9669 (LAK)
                                              :
            Defendants.                       :
                                              :
------------------------------------------------------------x

        WHEREAS, plaintiff the United States of America filed its complaint in this action on

December 8, 2014;

        WHEREAS, none of the defendants has served an answer to the complaint or a motion

for summary judgment;

        WHEREAS, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the

plaintiff may file a notice of dismissal without order of Court prior to the service of an answer or

motion for summary judgment;

        WHEREAS, the United States desires to dismiss voluntarily a portion of the claims in the

complaint: specifically, (*i*) all claims against defendants BMY Acquisition LLC, BMY Statutory

Trust, and First Union National Bank, n/k/a/ Wells Fargo Bank N.A., as trustee of BMY

Statutory Trust, and (*ii*) the claims against defendant BMY Acquisition Corp. asserted in Counts II and III of the Complaint;

WHEREAS, for avoidance of doubt, the United States is not dismissing any claims asserted in the complaint against Deutsche Bank, A.G., DB U.S. Financial Markets Holdings Corp., and Deutsche Bank Securities, Inc.;

WHEREAS, for the further avoidance of doubt, the United States is not dismissing the claim against BMY Acquisition Corp. asserted in Count I of the Complaint;

WHEREAS, the Second Circuit formerly held that Rule 41 authorizes a party to dismiss only an entire civil action, and not individual claims or parties therein, *see Harvey Aluminum, Inc. v. Am. Cyanamid Co.*, 203 F.2d 105, 108 (2d Cir. 1953);

WHEREAS, the Second Circuit subsequently noted that *Harvey Aluminium* "has been criticized and is now against the weight of authority," *Wakefield v. N. Telecom, Inc.*, 769 F.2d 109, 114 n.4 (2d Cir. 1985); and

WHEREAS, following the *Wakefield* decision, district court decisions in this district and elsewhere in the Second Circuit have concluded that the rule stated in *Harvey Aluminum* is no longer the law of the circuit and that a plaintiff may invoke Rule 41 to dismiss a subset of the claims asserted or parties named in a complaint. *See, e.g., In re AOL Time Warner Secs. & "ERISA" Litig.*, No. 02 Civ. 5575 (SWK), 03 Civ. 3902 (SWK), 2007 WL 2746818, at *1 (S.D.N.Y. Sept. 20, 2007); *Mut. Ben. Life Ins. Co. in Rehab. v. Carol Mgmt. Corp.*, No. 93 CIV. 7991 (LAP), 1994 WL 570154, at *1 (S.D.N.Y. Oct. 13, 1994); *General Foods Corp. v. Jay V. Zimmerman Co.*, No. 86 Civ. 2697 (KMW), 1990 WL 115714, at 2 & n.2 (S.D.N.Y. Aug. 7, 1990); *see also Blaize-Sampeur v. McDowell*, No. 05-CV-4275 (JFB) (ARL), 2007 WL1958909,

2

at *2-*3 (E.D.N.Y. June 29, 2007) (citing District of Connecticut and Eastern District of New York cases, as well as *Mutual Benefit* and *General Foods*);

THEREFORE, PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i), the United States hereby dismisses the following claims from its complaint in this action:

1. All claims against defendant BMY LLC;

2. All claims against defendant BMY Statutory Trust;

3. All claims against First Union National Bank, n/k/a Wells Fargo Bank N.A., as trustee of BMY Statutory Trust; and

4. The claims against defendant BMY Acquisition Corp. contained in Counts II and III of the Complaint;

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 41(a)(1)(B), the dismissal of these claims is without prejudice; and

PLEASE TAKE FURTHER NOTICE, for avoidance of doubt, that this notice does not affect the claims asserted in the Complaint against Deutsche Bank, A.G., DB U.S. Financial Markets Holdings Corp., and Deutsche Bank Securities, Inc., nor does it affect the claim asserted in Count I of the Complaint against BMY Acquisition Corp.

Dated: New York, New York
      April 1, 2015

               Respectfully submitted,

               PREET BHARARA
               United States Attorney

        By:  */s/ Robert William Yalen*
               ROBERT WILLIAM YALEN
               ELLEN LONDON
               NATASHA WAGLOW
               Assistant United States Attorneys
               86 Chambers Street
               New York, New York  10007
               Telephone No.: (212) 637-2722/2737/2528
               Fax No.: (212) 637-2702
               Email:     robert.yalen@usdoj.gov
                           ellen.london@usdoj.gov
                           natasha.waglow@usdoj.gov

**SO ORDERED:**

**U.S.D.J.**

4/7/15

4