

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

   Plaintiff,

  v.

DEUTSCHE BANK, A.G.; DB U.S. FINANCIAL
MARKETS HOLDING CORP.; DEUTSCHE
BANK SECURITIES, INC.; BMY ACQUISITION
CORP.; BMY ACQUISITION LLC; BMY
STATUTORY TRUST; and FIRST UNION
NATIONAL BANK, n/k/a WELLS FARGO
BANK N.A., as trustee of BMY STATUTORY
TRUST,

   Defendants.
------------------------------------------------------------x

14-cv-9669 (LAK)

ECF Case



## [~~PROPOSED~~] SCHEDULING ORDER

WHEREAS, counsel for plaintiff the United States of America, and counsel for defendants Deutsche Bank, A.G., DB U.S. Financial Markets Holding Corp. and Deutsche Bank Securities Inc. (collectively the "Deutsche Bank Defendants") (together with the United States of America, the "parties"), have conferred regarding a request for a stay of this matter;

WHEREAS, on March 24, 2015, the Court entered a Scheduling Order (Dkt. No. 25);

WHEREAS, on June 23, 2015, upon the parties' joint request, the Court entered a Revised Scheduling Order, extending the discovery schedule (Dkt. No. 50);

WHEREAS, on September 21, 2015, upon the parties' second joint request, the Court entered a revision to the Scheduling Order, extending the deadline for completion of fact discovery other than depositions and requests for admission, but otherwise keeping all dates in the schedule unchanged (Dkt. No. 54);

WHEREAS, on October 21, 2015, the Court issued a Scheduling Order, pursuant to which fact discovery closes on March 29, 2016 (Dkt. No. 58);

WHEREAS, on March 11, 2016, the Court issued a Scheduling Order, pursuant to which fact discovery closes on May 13, 2016 (Dkt. No. 69);

WHEREAS, the parties respectfully request a stay of fact discovery and of other as yet unexpired deadlines under the previously entered Scheduling Orders;

NOW THEREFORE, it is hereby ordered that:

1. Fact discovery and as yet unexpired deadlines under previously entered Scheduling Orders are stayed.

2. The parties shall submit a status report no later than ninety days from the entry of this Order.

Dated: April 19, 2016
New York, New York

For Plaintiff:

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____
ROBERT WILLIAM YALEN
ELLEN LONDON
CHRISTINE S. POSCABLO
NATASHA W. TELEANU
ANTHONY J. SUN
Assistant United States Attorneys
86 Chambers Street, 3rd floor
New York, NY 10007
Telephone: (212) 637-2800
Facsimile: (212) 637-2702

2

For the Deutsche Bank Defendants:

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: *Scott Musoff /NPW*
Scott Musoff
Patrick Rideout
4 Times Square
New York, NY 10036
Telephone: (202) 735-3000
Facsimile: (202) 735-2000

Raj Madan
Nathan Wacker
1440 New York Ave, N.W.
Washington, DC 20005
Telephone: (212) 371-7000
Facsimile: (212) 393-5760

SO ORDERED:

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

4/20/16

3