SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 NEW YORK AVENUE, N.W.
WASHINGTON, D.C.  20005-2111
———
TEL: (202) 371-7000
FAX: (202) 393-5760
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
202 371 7182
DIRECT FAX
202 661 9182
EMAIL ADDRESS
NATHAN.WACKER@SKADDEN.COM

**MEMO ENDORSED**

July 19, 2016


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 19 2016

Via ECF

Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY  10007

(i)   RE:  *United States of America v. Deutsche Bank, A.G.*,
14 Civ. 9669 (LAK)

Dear Judge Kaplan:

    Today the parties intend to submit to the Court (through the Orders and Judgments Clerk) a stipulation and proposed order that discovery in the case continue to be stayed.  Pursuant to your order dated April 20, 2016, the parties also intend to submit a status report that will include an explanation of the reasons why the parties request a continued stay of discovery.  Deutsche Bank respectfully asks that the Court permit that status report to be submitted under seal.

    I have spoken with counsel for the United States, who join in the request for the stay of discovery and consent to the request to file the status report under seal.

*Granted* [signature]
7/19/16

SO ORDERED

LEWIS A. KAPLAN, USDJ

Judge Lewis A. Kaplan
July 19, 2016
Page 2

                    Respectfully submitted,

                By: /s/ Nathan Wacker

                    Nathan Wacker
                    (nathan.wacker@skadden.com)
                    1440 New York Ave, N.W.
                    Washington, DC 20005
                    Phone: (202) 371-7000

                    *Attorney for Deutsche Bank, A.G., DB*
                    *U.S. Financial Markets Holding Corp.*
                    *and Deutsche Bank Securities Inc.*

CC:    Robert Yalen, Counsel for the United States (via email)
         Anthony Sun, Counsel for the United States (via email)